PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | MORGAN, Sirrette |
| **Docket Number:** | CR-F-04-5199 REC |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | April 21, 2004 (Eastern District of Michigan) |
| **Original Offense:** | Making and Uttering Counterfeited Securities<br>(CLASS C FELONY) |
| **Original Sentence:** | 5 years probation |
| **Special Conditions:** | 1) Provide requested financial information; 2) No new credit; 3) Drug treatment and testing; 4) Monthly payments towards restitution; 5) Maintain full-time employment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | April 21, 2004 |
| **Assistant U.S. Attorney:** | Mark E. Cullers        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Marc Ament        **Telephone:** (559) 487-5468 |
| **Other Court Action:** | |
| **July 23, 2004:** | Transfer of Jurisdiction from the District of Nebraska (CR03-50053-3-FL) to accepted by the Eastern District of California (CR-F-04-5199 REC) |

RE:   MORGAN, Sirrette
      Docket Number:   CR-F-04-5199 REC
      <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### ILLICIT DRUG USE

On August 25, 2005, the offender submitted a urine specimen which tested positive for the use of marijuana; a violation of the general condition, to wit: "The defendant shall refrain from any unlawful use of a controlled substance."

**Details of alleged non-compliance:** On August 25, 2005, the offender reported to the probation office and informed the undersigned that she had inadvertently ingested a marijuana brownie on July 23, 2005, while at a wedding shower. She stated that she ate the brownie and later began feeling its effects. The offender confirmed with the person who brought the brownie that there was in fact marijuana in the brownies.

In an attempt to advise the undersigned, the offender left a couple of voice messages requesting return calls in late July and August, as well as, reporting into the office. Phone calls were returned, however, the undersigned was not able to talk directly with the offender until August 25, 2005.

During the office contact, the offender explained she wanted to talk in person rather than leaving a message because she was afraid that she would be arrested. She acknowledged she should have made a more significant attempt to make contact earlier.

**RE:   MORGAN, Sirrette
       Docket Number:   CR-F-04-5199 REC
       REPORT OF OFFENDER NON-COMPLIANCE**

The offender appears sincere in her admission and was randomly tested in the probation office (at the scheduling of the undersigned) on August 14, 2005, December 5, 2005 and March 1, 2005, with all tests results negative.

**United States Probation Officer Plan/Justification:**  The offender has been randomly tested at the undersigned's direction and has not provided any positive tests since her admission.  It should be noted that marijuana use can be detected for several weeks after an initial use and up to 30 days in chronic users for up to 30 days.  Although the offender admitted regular marijuana use in the Pre-sentence Report prior to her arrest in the instant offense, the only positive test she has provided was on August 25, 2005.

As the offender appears to be truthful in her explanation, the undersigned recommends that no adverse action be taken at this time and that the Court allow supervision to continue.  She will continue to be randomly tested at the probation officer's direction.


                         Respectfully submitted,

                         /s/ Philip Mizutani

                         **Philip Mizutani
                         United States Probation Officer**
                         Telephone:  (559) 499-5732

**DATED:**     March 6, 2006
               Fresno, California



**REVIEWED BY:**      /s/ Bruce Vasquez
                     **Bruce Vasquez
                     Supervising United States Probation Officer**

**RE:  MORGAN, Sirrette
     Docket Number:   CR-F-04-5199 REC
     <u>REPORT OF OFFENDER NON-COMPLIANCE</u>**

---

**THE COURT ORDERS:**

(X  )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

IT IS SO ORDERED.

**Dated:   <u>March 8, 2006</u>**              <u>     /s/ Oliver W. Wanger     </u>
emm0d6                                      UNITED STATES DISTRICT JUDGE